FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JAMISON H.,[1]

Plaintiff,

v.

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 1:26-CV-03096-MKD

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE

**ECF Nos. 8, 10, 11**

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 11, requesting remand of this matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**.

[1] To protect the privacy of plaintiffs in social security cases, the Court identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). The parties have stipulated to the following: On remand, the ALJ shall give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c and, as appropriate, the ALJ may request the medical sources provide additional evidence and/or further clarification of the opinions, *see* 20 C.F.R. § 416.920b, and may enlist the aid and cooperation of Plaintiff's representative in developing evidence from Plaintiff's medical sources; give further consideration to whether Plaintiff meets or equals a listing at step three; take any action necessary to complete the administrative record resolving the above issues; offer Plaintiff an opportunity for a new hearing; and issue a new decision. ECF No. 11 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Brief, **ECF No. 8**, and the parties' prior Stipulated Motion for Remand, **ECF No. 10**, are **DENIED as moot**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED September 22, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE